UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

CHEE RAY, LLC, et al.,

                Plaintiffs,

      -v-

HANGZHOU JIAYU WENHUA
CHUANMEI YOUXIAN GONGSI, et al.,

                Defendants.

21-CV-370 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    A telephonic show-cause hearing was held on April 22, 2021, on Plaintiffs' motion for a preliminary injunction. For the reasons stated on the record, the motion for a preliminary injunction is denied, the temporary restraining order is lifted, and the order to show cause is dissolved. Counsel for Plaintiffs shall notify all third parties affected by the TRO of this order no later than April 26, 2021.

    SO ORDERED.

Dated: April 22, 2021
       New York, New York

                                              _____
                                              J. PAUL OETKEN
                                              United States District Judge